# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ETHEL CAROL CLEVELAND SMITH,
                  Plaintiff,

vs.

RALPHS GROCERY STORE,
                  Defendant.

Case No. 2:14-cv-00053-JAD-PAL

**ORDER**

    This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. #4) entered January 13, 2014, regarding removal of this case to federal district court. On January 23, 2014, Defendant filed a signed Statement (Dkt. #7) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

    **IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., March 25, 2014,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 11th day of March, 2014.

                                              Peggy A. Leen
                                              United States Magistrate Judge