1

2

3

4

**UNITED STATES DISTRICT COURT**

5

**DISTRICT OF NEVADA**

6

7   ETHEL CAROL CLEVELAND SMITH,                )
                                                )
8                          Plaintiff,           )      Case No. 2:14-cv-00053-JAD-PAL
                                                )
9   vs.                                         )      **ORDER**
                                                )
10  RALPHS GROCERY STORE,                       )
                                                )
11                         Defendant.           )
    _____)

12

13          This matter is before the court on the parties' failure to file a joint status report as required in

14  Order (Dkt. #4) entered January 13, 2014, regarding removal of this case to federal district court.  On

15  January 23, 2014, Defendant filed a signed Statement (Dkt. #7) which complied with the court's order

16  that the removing party file a statement providing the information specified.  However, the parties have

17  not submitted a joint status report regarding removal as required.  Accordingly,

18          **IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., March 25,**

19  **2014,** which must:

20          1.      Set forth the status of this action, including a list of any pending motions and/or other

21                  matters which require the attention of this court.

22          2.      Include a statement by counsel of action required to be taken by this court.

23          3.      Include as attachments copies of any pending motions, responses and replies thereto

24                  and/or any other matters requiring the court's attention not previously attached to the

25                  notice of removal.

26          Dated this 11th day of March, 2014.

27                                                      _____
                                                        Peggy A. Leen
28                                                      United States Magistrate Judge