1  **MATTHEW Q. CALLISTER, ESQ.**
   Nevada Bar No. 001396
2  mqc@call-law.com
   **ROBERT W. CURTIS, ESQ.**
3  Nevada Bar No. 09317
   robertc@call-law.com
4  **CALLISTER & ASSOCIATES**
   823 Las Vegas Boulevard South, Third Floor
5  Las Vegas, Nevada 89101
   Telephone: (702) 385-3343
6  Facsimile: (702) 385-2899
   *Attorneys for Plaintiff*
7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10
    ETHEL CAROL CLEVELAND-SMITH,        )     Case No. 2:14-cv-00053-JAD-PAL
11                                      )
             Plaintiff,                 )
12                                      )
    v.                                  )     **STIPULATION AND ORDER FOR**
13                                      )     **DISMISSAL WITH PREJUDICE**
    RALPHS GROCERY COMPANY, dba         )
14  FOOD 4 LESS; DOES I through X,      )
    inclusive and ROE CORPORATIONS I    )
15  through X, inclusive                )
                                        )
16           Defendants.                )
17  _____

18       COMES NOW, Plaintiff Ethel Carol Cleveland-Smith, by and through Counsel of

19  Record Matthew Q. Callister, Esq. and Robert W. Curtis, Esq. of the Law Firm of Callister &

20  Associates, and Defendant Ralph's Grocery Company, dba Food 4 Less by and through counsel

21  of record Jennifer L. Sanders, Esq. Of the Law Firm of Wolfe &Wyman LLP and pursuant to

22  FRCP 41 hereby represent and stipulate as follows:

23       **IT IS HEREBY STIPULATED AND AGREED** to by and between the parties that Case

24  No. 2:14-cv-00053-JAD-PAL shall be dismissed with prejudice, each party to bear its own

25  attorney's fees and costs as to said claims.

26  ///

27

28  ///

**IT IS FURTHER STIPULATED AND AGREED** that the Defendant's Motion for Summary Judgment be withdrawn.

Dated this ___day of February 2015

**CALLISTER & ASSOCIATES**

/s/Robert W. Curtis, Esq.
MATTHEW Q. CALLISTER, ESQ.
Nevada Bar No. 001396
ROBERT W. CURTIS, ESQ.
Nevada Bar No. 09317
robertc@call-law.com
823 Las Vegas Boulevard South, Third Floor
Las Vegas, Nevada 89101

Dated this ___day of February 2015

**WOLFE &WYMAN LLP**

/s/Jennifer L. Sanders, Esq.
JENNIFER L. SANDERS, ESQ.
980 Kelly Johnson Drive, Suite 140
Las Vegas, Nevada 89119
jlsanders@wolfewyman.com

## ORDER

UPON THE STIPULATION OF THE PARTIES, and good cause appearing:

**IT IS HEREBY ORDERED** that Case No. 2:14-cv-00053-JAD-PAL shall be dismissed with prejudice, each party to bear its own attorney's fees and costs as to said claims.

**IT IS FURTHER ORDERED** that the Defendant's Motion for Summary Judgment [34] is DENIED as moot.

Dated: March 2, 2015.

_____
U.S. DISTRICT COURT JUDGE
Case No. 2:14-cv-00053-JAD-PAL